UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
                       :

JOHNSON & JOHNSON VISION CARE, INC.,   :    No. 08 CV 6755 (DC)
                       :

             Plaintiff,          :     <u>Complaint</u>
                       :

            - against -        :
                       :     Plaintiff Demands Trial By Jury

OCULAR INSIGHT, INC.,             :
                       :

             Defendant.        :
                       :
———————————————————— x

Plaintiff Johnson & Johnson Vision Care, Inc. ("JJVC"), by its attorneys Kramer Levin Naftalis & Frankel LLP, for its complaint against defendant Ocular Insight, Inc. ("Ocular Insight"), alleges as follows:

<u>Introduction</u>

1.     This is an action for false advertising under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), Sections 349 and 350 of the New York General Business Law, and the common law of unfair competition. Plaintiff JJVC and defendant Ocular Insight both sell contact lenses in the highly competitive eye care market. Since 1987, JJVC has marketed disposable lenses under the name ACUVUE®, including ACUVUE® 2, the best selling contact lens in the United States.

2.     In or about April 2008, Ocular Insight introduced in the United States a contact lens designed to compete with ACUVUE 2 called Clear58®.

3.    In promotional materials directed to eye care professionals ("ECPs") and consumers, Ocular Insight asserts, among other things, that Clear58 is "[t]he first FDA-approved generic equivalent contact lens to replace Acuvue® 2," and that it is "not only equivalent and comparable" to ACUVUE 2, but an "exact duplicate" lens.

4.    In fact, Clear58 has not been "approved" by the Food & Drug Administration ("FDA") at all, much less "approved" by the FDA as a "generic equivalent" contact lens to ACUVUE 2. Further, JJVC's testing of the Clear58 lens shows that it is different from ACUVUE 2 in material respects that would be expected to affect visual acuity, handling and/or comfort. Ocular Insight's claims for Clear58 are therefore false and misleading.

5.    By this action, JJVC seeks to (i) enjoin Ocular Insight from continuing to disseminate false and misleading comparative promotional materials concerning Clear58 lenses, (ii) enjoin Ocular Insight from claiming that its lenses are "FDA approved" or "FDA-approved generic equivalent lenses," and an "exact duplicate" of ACUVUE 2, and (iii) recover damages for the harm that Ocular Insight already has inflicted on JJVC.

<u>The Parties, Jurisdiction and Venue</u>

6.    JJVC is a Florida corporation with its principal place of business at 7500 Centurion Parkway, Jacksonville, Florida 32256. JJVC is a wholly-owned subsidiary of Johnson & Johnson. JJVC is a global company that manufactures, markets and sells contact lens products, including ACUVUE contact lenses.

KL3 2670024.1

7. Ocular Insight is a Florida corporation with its principal place of business at 6001 Broken Sound Parkway, Boca Raton, Florida 33487. Ocular Insight markets and sells contact lens products, including Clear58 contact lenses.

8. This action is based on Section 43(a) of the Lanham Act, 15 U.S.C. § 1125, and the common and statutory law of unfair competition. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, for the claims arising under Section 43(a) of the Lanham Act, and 28 U.S.C. §§ 1338(b) and 1367, for the claims arising under New York statutory and common law.

9. Venue is properly laid in this district pursuant to 28 U.S.C. § 1391. Ocular Insight has made the false statements in question in this District, among other places.

<u>The Contact Lens Market</u>

10. Contact lenses are medical devices regulated by the FDA and prescribed by ECPs to patients to improve vision. Approximately 38 million Americans wear contact lenses. JJVC's lenses are popular with ECPs as well as with the buying public, and today JJVC is the country's largest manufacturer and distributor of contact lenses. Currently, JJVC has about 43 percent of the market for "soft lenses," which in turn constitutes about 96 percent of the total contact lens market.

11. Prior to the late 1980s, most patients wore what are known as conventional contact lenses. These lenses could either be used on an extended-wear basis (worn in the eye continuously for one week or more), or on a daily-wear basis (worn during the day and

removed each night).  In either event, the lens would be cleaned regularly and worn for up to a year before replacement.

12.    In 1987, after years of effort and hundreds of millions of dollars spent on research and development, JJVC developed a new technology that enabled lenses to be produced with a degree of quality and uniformity never before feasible.  These lenses, called ACUVUE®, are made of a hydrogel material called etafilcon A.

13.    ACUVUE lenses were launched as the first disposable extended-wear lens and recommended to be worn continuously for up to one week, then thrown away and replaced with a fresh, sterile lens.  Since 1989, ACUVUE has also been marketed as a frequent replacement lens, meaning that the lenses are worn on a daily-wear basis — that is, removed from the eye, cleaned daily and disinfected, and placed back on the eye the next day, but replaced as frequently as every two weeks.  ACUVUE continues to be the leading selling contact lens in the world.

14.    In 1999, JJVC launched ACUVUE 2, a frequent replacement lens that, like ACUVUE, is made of etafilcon A.  With ACUVUE 2, JJVC reduced the edge height and enhanced the mid-periphery of the ACUVUE lens, in order to improve handling and comfort for many patients.  ACUVUE 2 has been a highly successful product, and currently is the hydrogel lens with the highest total market share (37%) in the United States.

15.    JJVC manufactures and markets a number of other lenses in the ACUVUE family.  ACUVUE® ADVANCE™ is a daily-wear lens made of silicone hydrogel, a material that provides long-lasting comfort to the wearer and, at the same time, allows a high amount of oxygen to reach the eye when the lens is worn.  ACUVUE® ADVANCE™ for ASTIGMATISM

-4-

is a specially formulated silicon hydrogel toric lens, which is designed to address a particular type of blurry vision known as astigmatism, a condition that occurs when the surface of the eye has an irregular shape, often oval or football-shaped rather than perfectly round.

16.    In or about April 2008, Ocular Insight introduced Clear58 contact lenses to the United States marketplace.  Clear58 is a daily-wear lens made of etafilcon A, and is designed to compete with JJVC's daily-wear ACUVUE 2 lens.

17.    Also in or about April 2008, Ocular Insight introduced a lens called clear all-day™, which is made of a material called hioxifilcon A, and a toric lens called clear all-dayT™, which is specially designed for astigmatic contact lens wearers.

<u>The Challenged Ocular Insight Advertising</u>

18.    A key element in the marketing of contact lenses consists of advertising and promotion to ECPs.  A consumer can purchase contact lenses only with a prescription from an ECP, and consumers typically rely on their ECPs for lens recommendations.  Thus, contact lens manufacturers devote significant resources to promoting their products to these professionals.

19.    In connection with its introduction of Clear58, Ocular Insight has been disseminating a sales aid at professional trade shows — including at the 2008 International Vision Expo held in New York City — and directly to ECPs, the core claim of which is that Clear58 has been "approved" by the FDA as a "generic equivalent" lens that can not only serve as a substitute for ACUVUE 2 at a lower cost, but that is the same as JJVC's lens. A copy of this sales aid is attached as Exhibit A.

20.    Specifically, the sales aid states on its cover, "The most significant advancement in profitability since the contact lens: The generic equivalent contact lens." Below this copy, a box of Clear58 is shown. The second page of the sales aid states in a headline at the top of the page:

> Introducing Clear58. The first FDA-approved generic equivalent
> contact lens to replace Acuvue® 2.

(Exh. A, at 2).

21.    Below that prominent headline, the sales aid communicates that Clear58 is a "FDA 510K equivalent predicate device." A chart comparing Clear58 and ACUVUE 2 is also presented, itemizing a number of properties that are represented as being identical in the lenses, including:  material, water content, handling tint, manufacturing method, oxygen permeability, light transmission and refractive index.  (Exh. A, at 2).

22.    Ocular Insight's sales aid also includes a chart captioned "Generic vs. Brands," which purports to show the percentage increase in gross profits to ECPs who prescribe the Ocular Insight lenses as a "generic" lens in lieu of name brand competing lenses, including ACUVUE lenses, and charge their patients the same for both lenses.  Among these is a supposed increase in gross profits of 44% to ECPs who prescribe Clear58 instead of ACUVUE 2.  (Exh. A, at 4).

23.    In addition to Clear 58, Ocular Insight is promoting its other lenses in its sales aid as "generic" alternatives to brand name lenses.  These include its clear all-day lens, which Ocular Insight describes as containing "[b]iocompatible material generic equivalent hioxifilcon A."  (Exh. A, at 3).  On its "Generic vs. Brands" comparison chart, Ocular Insight

also draws a comparison between clear all-dayT and ACUVUE ADVANCE, claiming that ECPs will realize a 17% increase in gross profits by prescribing clear all-dayT as a "generic" lens instead of ACUVUE ADVANCE. (Exh. A, at 4).

24.    Ocular Insight's message of FDA-approved generic equivalence is further communicated to ECPs and consumers on its website, http://www.ocularinsight.com. Screenshots from the website are attached as Exhibit B.

25.    The home page of the Ocular Insight website presents the company's inventory of lenses — including Clear58, which is accompanied by the invitation to "(COMPARE TO ACUVUE® 2)" — in conjunction with the following claim:

> FDA Approved Generic Equivalent Contact Lenses
>
> These contact lenses have been approved by the FDA to be Substantially [sic] equivalent to the leading brands such as Acuvue® from Johnson & Johnson . . . .

26.    A link below this claim reads, "What are Generics?"  Users who click this link are brought to another page that presents the following question and answer:

> What are Generics?
>
> GENERIC EQUIVALENT CLAIM: the USAN name of a contact lens material is the basis point for determining what the lens is comprised of from a chemistry perspective. The Clear 58® product is an *exact duplicate* (etafilcon A). Further to the chemistry of the lens, it is the *exact same formulation*, meaning that the repeating monomer units are the same which yield the same dK value (within ANSI specification). *If any portion of the formulation was even the slightest difference* [sic], the USAN council would not allow the contact lens to be classified as the (etafilcon A) material. Furthermore, the manufacturing processes are an *exact equivalent*, meaning a cast molded contact lens.

(Exh. B at 2 (emphasis added)).

27.    Below this description, the Ocular Insight webpage includes a statement from what is characterized as FDA counsel:

FDA PERSPECTIVE

From an FDA 510(k) perspective, we can clearly demonstrate that the two products are not only equivalent and comparable, but that they are an exact duplicate.  The Acuvue$^®$ 2 lens was the predicate device in this submission.

- Marty Dalsing, FDA counsel opinion letter

(Exh. B, at 2).

28.    Elsewhere on its website — on a page that is accessed by the link "About Us" — Ocular Insight claims that it is "the first company to bring you 'Generic Equivalent' contact lenses that are FDA approved and available right now," and that its lenses "are equivalent to leading brands such as Acuvue$^®$ (Johnson & Johnson)."  Ocular Insight goes on to claim, "Our lenses are made of the Same Material, have the same base curve, diameter and are manufactured in the same method as the expensive Brand name contact lenses."  (Exh. B, at 3).

29.    Ocular Insight also is providing material to third party distributors of its lenses that make the same false claims contained in the Ocular Insight sales aid and website.  In particular, Ocular Insight has prepared and provided to third party distributors an advertising piece that states that Clear58 is "[t]he generic equivalent contact lens."  A copy of this Ocular Insight advertising is attached as Exhibit C.  This advertising is posted on several third party distributor websites, which also repeat other false advertising claims for Clear58.

30.    For example, Marietta Vision is a contact lens distributor that sells contact lenses, including Clear58, to ECPs.  On its website, http://www.mariettacontactlens.com,

Marietta Vision is disseminating the advertising prepared by Ocular Insight attached herein as

Exhibit C. The Marietta Vision website elsewhere claims that Clear58 is "[a]n exact copy of the

Acuvue 2 (Etafilcon A) but with a better edge profile," and invites ECPs "to try the 'Pepsi

challenge' with any Acuvue 2 wearer (patient or staff member). The [Clear58] lens will win

every time." A copy of a screenshot from the website is attached as Exhibit D.

31.   The Marietta Vision website goes on to encourage ECPs to switch their

patients from ACUVUE 2 to Clear58 in order to increase their profit margin:

> Americans buy $120 million in Acuvue 2 replacements every year.
> You can grab a share of this market and be more 60% more [sic]
> profitable at the same time. Offer Acuvue 2 wearers the Clear Lab
> Etafilcon A alternative. The only difference? A better edge
> profile, better surface wetting (due to an improved molding
> process) and better comfort. "How much more will these cost"?
> your patient will ask. "Oh, this new technology is the same price!"
> you can answer.

(Exh. D).

32.   Vision Science Studios ("VSS") is another contact lens distributor that

sells contact lenses to ECPs, including Clear58. VSS is disseminating the advertising prepared

by Ocular Insight attached herein as Exhibit C on its website, http://www.clsdistributing.com. In

addition, VSS is including on its website Ocular Insight's false claim that Clear58 is the "[f]irst

FDA-approved generic equivalent to replace Acuvue 2." A copy of a screenshot from the VSS

website is attached as Exhibit E.

33.   In addition to providing third party distributors with false advertising to

use in the promotion of the Clear58 lenses, Ocular Insight has disseminated its false claims about

its lenses in professional trade literature. For example, a June 16, 2008 posting on

KL3 2670024.1

VisionMonday, the home page for Optical Industry News — with attribution to Steve Weisfeld, Ocular Insight's Vice President of Professional Relations, and John Raycraft, its President and CEO — notes that Ocular Insight is "targeting ECPs and optical retailers with a 'generic' contact lens that offers them the alternative," and further that "Ocular Insight offers several 'generic equivalent' contact lenses." A copy of the posting is attached as Exhibit F.

<u>The Challenged Ocular Insight Advertising is False and Misleading</u>

34.    Ocular Insight's advertising falsely and misleadingly communicates to ECPs and consumers that Clear58 is "FDA approved."

35.    The FDA is responsible for regulating medical devices, including contact lenses. Contact lens manufacturers may secure permission from the FDA to market their products in one of two ways.

36.    First, a manufacturer must submit a Pre-Market Approval ("PMA") application if it plans to market a lens that is for extended-wear or a new intended use. A PMA application must include evidence from clinical trials showing that the device is safe and effective for its intended use.

37.    Second, a manufacturer may submit a Pre-Market Notification pursuant to Section 510(k) of the Federal Food, Drug, and Cosmetic Act. This provision allows a manufacturer to circumvent the more stringent regulatory control provided by the PMA process and gain clearance (rather than actual approval) to market a medical device. The 510(k) process only requires the manufacturer to demonstrate to the FDA's satisfaction that the device is "substantially equivalent" to a medical device already on the market. This does not mean the

lenses are identical or perform equally. Rather, the manufacturer must merely demonstrate that the new device has the same intended use as the predicate device and has either the same or different technological characteristics, but is sufficiently similar to the predicate device to provide a reasonable assurance that the new product is also safe and effective (although it does not have to be exactly the same in terms of safety and effectiveness). No clinical information is required.

38.    Ocular Insight is selling Clear58 in the United States only pursuant to a 510(k) Pre-Market Notification.

39.    A device found to be "substantially equivalent" to a predicate device pursuant to a 510(k) Pre-Market Notification is said to be "cleared" by the FDA (as opposed to "approved" by the agency under a PMA). Specifically,

> Submission of a premarket notification . . . and a subsequent determination by the [FDA] that the device intended for introduction into commercial distribution is substantially equivalent to a device in commercial distribution . . . does not in any way denote official approval of the device. Any representation that creates an impression of official approval of a device because of complying with the premarket notification regulations is misleading and constitutes misbranding.

21 C.F.R. § 807.97.

40.    Ocular Insight's advertising also falsely and misleadingly communicates that Clear58 is a "FDA-approved generic equivalent contact lens to replace Acuvue® 2."

41.    One of the FDA's functions is to approve generic drugs. In performing this function, the FDA approves a generic drug after determining that it delivers the same active ingredient in the same way as the brand name counterpart. Specifically, the FDA requires the

generic manufacturer to prove that the generic drug has the same active ingredient, and that the active ingredient is delivered in accordance with the same pharmokinetic profile (blood levels over time) as the brand-name medication.  In approving a generic drug product, the FDA requires rigorous tests and procedures to assure that the generic drug is interchangeable with the brand-name drug under all approved indications and conditions for use.

42.    In contrast to drugs, the FDA does not approve generic medical devices. Specifically, the FDA does not perform the function of assessing whether a contact lens may be prescribed as a "generic" to replace a brand-name contact lens based on a determination that it actually performs the same way.

43.    Ocular Insight's claim that Clear58 is "the first FDA-approved generic equivalent contact lens to replace Acuvue® 2" therefore falsely and misleadingly communicates that the FDA has specifically approved Clear58 as a "generic" medical device that is interchangeable with ACUVUE 2, when the FDA has made no such determination.

44.    Ocular Insight's advertising additionally falsely and misleadingly communicates to ECPs and consumers that Clear58 is a "generic equivalent" — which Ocular Insight defines on its website to mean that Clear58 is an "exact duplicate" with "the exact same formulation" as ACUVUE 2.

45.    JJVC has conducted testing of the physical properties of the Clear58 lenses.  That testing shows that there are material differences between the lenses — including differences in spherical aberration values, optical zone diameters and edge design — that would be expected to have an impact on the respective visual performance, handling and/or comfort of the ACUVUE 2 and Clear58 lenses.

46.    In light of these material differences between the lenses, Ocular Insight's claim that Clear58 is a "generic equivalent" replacement— that is, an "exact duplicate" having "the exact same formulation" — for ACUVUE 2 is false and misleading.

### The Harm to JJVC and to the Public

47.    Ocular Insight's false and misleading advertising has caused and will continue to cause JJVC irreparable injury.  JJVC was the first company to market disposable extended-wear and frequent replacement daily-wear contact lenses, and is the market leader for contact lens products.  This year alone, JJVC's ACUVUE 2 sales are expected to exceed $150 million in the United States.

48.    Ocular Insight's advertising threatens irreparable harm to JJVC by falsely telling ECPs and consumers to switch from ACUVUE 2 to Clear58 lenses because they are "FDA-approved generic equivalent" contact lenses and "exact duplicates" to ACUVUE 2 lenses, thus jeopardizing JJVC's hard-earned standing and market share.  Unless and until Ocular Insight is ordered to cease making its false and misleading claims and issue corrective advertising, JJVC stands to suffer a loss of its hard-earned sales, goodwill and consumer and professional confidence that it may never be able to recoup.

49.    Ocular Insight's false and misleading advertising also poses public health issues.  If Ocular Insight's false advertising is not stopped, ECPs may continue to take away the false message that the FDA has approved Clear58 as a "generic," identical lens to ACUVUE 2, when that is not the case.  Relying on these false claims, ECPs may unnecessarily prescribe the Ocular Insight lenses to patients for whom the ACUVUE lenses may be more comfortable and efficacious.  ECPs may also refit patients currently using ACUVUE and thus cause them

KL3 2670024.1

needless expense, on the mistaken believe that patients can wear a lens that is identical but is more profitable for the ECP. In addition, ECPs or other contact lens sellers may believe that Clear58 can replace ACUVUE 2 without the need for a patient to receive a new contact lens fitting even though the two lenses may perform optically and physically differently on the eye, which may result in an inaccurate prescription of a medical device to the patient.

50.    The foregoing acts have occurred in or in a manner affecting interstate commerce.

### First Claim for Relief

51.    JJVC repeats and realleges the allegations contained in paragraphs 1 through 50 of the complaint.

52.    The claims and comparisons made by Ocular Insight in its Clear58 advertising are false and misleading and violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

53.    Unless Ocular Insight is enjoined by this Court from continuing to make these claims and ordered to retract and correct them, the false and misleading Ocular Insight advertising will continue to cause JJVC to suffer a loss of sales, profits and goodwill, which will continue to irreparably injure JJVC.

54.    Upon information and belief, Ocular Insight's statements are willfully and knowingly false.

55.    JJVC has no adequate remedy at law.

<u>Second Claim for Relief</u>

56.    JJVC repeats and realleges the allegations contained in paragraphs 1 through 50 of the complaint.

57.    The above described acts constitute unfair competition under the common law of the State of New York.

<u>Third Claim for Relief</u>

58.    JJVC repeats and realleges the allegations contained in paragraphs 1 through 50 of the complaint.

59.    The above described acts constitute deceptive acts and practices, in violation of Sections 349 and 350 of the New York General Business Law.

Wherefore, JJVC respectfully requests that the Court:

(i)    issue a preliminary and permanent injunction ordering that Ocular Insight, its agents, servants, employees, representatives, subsidiaries and affiliates refrain from directly or indirectly using in commerce or causing to be published or otherwise disseminated any promotional materials or activities containing any of the false and misleading claims described in the complaint, including the false and misleading claims appearing in the promotional materials referenced in this complaint;

(ii)    issue a preliminary and permanent injunction ordering that Ocular Insight, its agents, servants, employees, representatives, subsidiaries and affiliates refrain from directly or indirectly using in commerce any claim, statement, or comparison that:

KL3 2670024.1

(a)    states or communicates that Clear58 is approved by the FDA;

(b)    states or communicates that Clear58 is approved by the FDA as a generic equivalent lens to ACUVUE 2;

(c)    states or communicates that Clear58 is a generic equivalent lens to ACUVUE 2; and

(d)    states or communicates that Clear58 is an exact duplicate or is identical to ACUVUE 2.

(iii)    issue a preliminary and permanent injunction ordering Ocular Insight to issue appropriate corrective advertisements, reasonably designed to reach all people to whom its false and misleading Clear58 advertising was disseminated, retracting the false and misleading claims contained in the Clear58 advertising;

(iv)    award JJVC:

(a)    Ocular Insight's profits, gains and advantages derived from Ocular Insight's unlawful conduct, such damages to be trebled pursuant to 15 U.S.C. § 1117;

(b)    all damages sustained by JJVC by reason of Ocular Insight's unlawful conduct, including all expenditures required to correct the false, misleading, unfair, and disparaging descriptions and representations alleged herein, such damages to be trebled pursuant to 15 U.S.C. § 1117;

(c)    exemplary and punitive damages as the Court finds appropriate to deter any future willful conduct; and

(d)    interest on the foregoing sums;

(v)    award JJVC attorneys' fees and costs and disbursements of this action; and

(vi)    grant such other and further relief as the Court deems just and proper.

Dated:    New York, New York
           July 29, 2008

Kramer Levin Naftalis & Frankel LLP

By:_____
           Harold P. Weinberger
           Norman C. Simon

1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
hweinberger@kramerlevin.com
nsimon@kramerlevin.com

Attorneys for Plaintiff Johnson & Johnson
Vision Care, Inc.

# EXHIBIT A

The most significant advancement in profitability
since the contact lens:



The generic equivalent contact lens.



# Introducing clear 58®. The first FDA-approved generic equivalent contact lens to replace Acuvue®2.

## FDA 510K equivalent predicate device.

| Lens Content | clear 58® | Acuvue®2 |
|---|---|---|
| Material | Etafilcon A | Etafilcon A |
| Water Content | 58% | 58% |
| Handling Tint | Blue | Blue |
| Manufacturing Method | Cast Molded | Cast Molded |
| Oxygen Permeability | 19.9 x 10-11 (cm2/sec) (ml O2/ml x mm Hg @ 35 degrees C). (revised Fatt method) | 19.9 x 10-11 (cm2/sec) (ml O2/ml x mm Hg @ 35 degrees C). (revised Fatt method) |
| Light Transmisson | >93% of light over the visible spectrum range | >93% of light over the visible spectrum range |
| Refractive Index | 1.40 | 1.40 |
| UV Absorbing Properties | UVA & UVB | |



Base Curve/Diameter- minus     8.3, 8.7/14.0     Power Range: -10.00 to +6.00
Base Curve/Diameter- plus       8.7/14.5          0.00 to -6.00 in .25D steps, and -6.50 to -10.00 in .50D steps
                                                   +0.25 to +4.00 in .25D steps, and +4.50 to +6.00 in .50D steps

## clear55A® contact lenses
*Generic equivalent methafilcon A*

## clear all-day™ contact lenses
*Biocompatible material generic equivalent bioxifilcon A*

## clear all-day T™ contact lenses
*Biocompatible material generic equivalent bioxifilcon A*

---

clear55A® was designed to provide the optimal balance of handling, comfort and vision.

- Patients who normally require low amounts of toric correction can benefit from clear55A® as the aspheric optical design can successfully mask low levels of astigmatism.

- clear55A®'s peripheral and edge design provides a balance between excellent comfort and assured handling.

- clear55A®'s larger diameter assists in centering the lens on the eye and ensures a wider latitude of fit over most corneal sizes.

- Compared to Frequency55®A by Cooper Vision®, clear55A® offers uncompromising value, enabling the patient to change lenses with more regularity. This ensures better eye health for the patient and an increase in revenue stream.

clear all-day™ is an innovative merger of the biocompatible material Clear GMA™ with the clinical simplicity of a unique aspheric disposable lens.

- The biocompatibility of clear all-day™ is achieved through synthesizing the compatibility properties of mucin, the body's natural wetting substance.

- clear all-day™ has water binding properties that enhance resistance to dehydration and increase lens surface wettability providing a greater affinity for water than ordinary contact lens materials resulting in all day comfort.

- Visual acuity is optimized over the power range and the optical design is tailored to provide maximum contrast sensitivity particularly in low illumination where it is needed most.

- Biocompatibility, surface wettability, competitive cost and an aspheric design make clear all-day™ a superior two-week product in today's marketplace.

clear all-dayT™ advanced toric design provides astigmatic wearers the benefits of ClearGMA™ in a frequent replacement lens.

- Unique, patented, dynamically stabilized design and slimmer profile, results in faster orientation and enhanced consistent visual acuity.

- clear all-dayT™, utilizing the benefits of ClearGMA™ with the delta profiles to maintain lens orientation, lead to clearer vision and better comfort, especially at the end of the day.

- clear all-dayT™, by incorporating advanced aspheric optics into the design provides enhanced acuity and an increased depth of focus at the retina. This allows lens fitting to a wider range of cylinder prescriptions than conventional torics, making lens fitting easier with a greater first time success rate.

- By making clear all-dayT™ your "go to" toric, you will reduce chair time and increase profitability.



*Base Curve/Diameter:  8.7/14.5*
*Power Range: -12.00 to +6.00*
  *-6.00 to +4.00 in .25D steps,*
  *-6.50 to -12.00 and +4.50 to +6.00 in .50D steps*

*Base Curve/Diameter:  8.6/14.2*
*Power Range: -12.00 to +6.00*
  *-6.00 to +4.00 in .25D steps,*
  *-6.50 to -12.00 and +4.50 to +6.00 in .50D steps*

*Base Curve/Diameter:  8.7/14.4*
*Power Range: -8.00 to +4.00*
  *-6.00 to +4.00 in .25D steps*
  *-6.50 to -8.00 in .50D steps*
*Cylinder Power:   -1.00 and -1.75*
*Cylinder Axis: 10°, 20°, 80°, 90°, 100°, 160°, 170°, 180°*



# Generic vs. Brands

| Sphere | clear58® (etafilcon A) | ACUVUE® 2 (etafilcon A) |
|---|---|---|
| | Generic Equivalent Material | |
| Purchase Price (8 Boxes) | $8.25 x 8 = $66.00 | $13.50 x 8 = $108.00 |
| Retail (8 boxes $20.00)° | $160.00 | $160.00 |
| Gross Profit $ | $96.00 | $44.00 |
| Gross Profit % | 58.0% | 32.0% |

**There is a 44% increase in Gross Profit % using clear58®**

| Toric (2 week model) | clear all-dayT™ (hioxifilcon A) | ACUVUE®ADVANCE™ |
|---|---|---|
| | Bio-Compatible Material | |
| Purchase Price (8 Boxes) | $18.50 x 8 = $148.00 | $24.00 x 8 = $192.00 |
| Retail (8 boxes $50.00)° | $400.00 | $400.00 |
| Gross Profit $ | $252.00 | $208.00 |
| Gross Profit % | 63.0% | 52.0% |

**There is a 17% increase in Gross Profit % using clear all-dayT®**

| Toric (monthly model) | clear all-dayT™ (hioxifilcon A) | Frequency®55 (methafilcon A) |
|---|---|---|
| | Bio-Compatible Material | |
| Purchase Price (4 Boxes) | $18.50 x 4 = $74.00 | $33.00 x 4 = $132.00 |
| Retail (4 Boxes $50.00)° | $200.00 | $200.00 |
| Gross Profit $ | $126.00 | $68.00 |
| Gross Profit % | 63.0% | 34.0% |

**There is a 46% increase in Gross Profit % using clear all-dayT®**

| Sphere (2 week model) | clear all-day™ (hioxifilcon A) | ExtremeH2O® (hioxifilcon A) |
|---|---|---|
| | Bio-Compatible Material | |
| Purchase Price (8 Boxes) | $12.50 x 8 = $100.00 | $17.25 x 8 = $138.00 |
| Retail (8 boxes $22.50)° | $180.00 | $180.00 |
| Gross Profit $ | $80.00 | $42.00 |
| Gross Profit % | 44.0% | 23.0% |

**There is a 47% increase in Gross Profit % using clear all-day®**

| Sphere (monthly model) | clear all-day™ (hioxifilcon A) | Proclear® (omafilcon A) |
|---|---|---|
| | Bio-Compatible Material | |
| Purchase Price (4 Boxes) | $12.50 x 4 = $50.00 | $25.00 x 4 = $100.00 |
| Retail (4 Boxes $50.00)° | $200.00 | $200.00 |
| Gross Profit $ | $150.00 | $100.00 |
| Gross Profit % | 75.0% | 50.0% |

**There is a 33% increase in Gross Profit % using clear all-day®**

| Sphere (2 week model) | clear55A® (methafilcon A) | Vertex Sphere® (methafilcon A) |
|---|---|---|
| | Generic Equivalent Material | |
| Purchase Price (8 Boxes) | $8.00 x 8 = $64.00 | $14.50 x 8 = $116.00 |
| Retail (8 boxes $20.00)° | $160.00 | $160.00 |
| Gross Profit $ | $96.00 | $44.00 |
| Gross Profit % | 60.0% | ;27.5% |

**There is a 54% increase in Gross Profit % using clear55A®**

°*Illustration purposes only (average industry prices)*



ocular insight INC.

**Suddenly... everything is clear**®

p: 877-ocular5 • f: 877-ocular6
email: info@ocularinsight.com
web: ocularinsight.com

# EXHIBIT B

Welcome    What are Generics?    About Us    Contact Lenses    Free Trial    FAQs    Contact Us    **ORDER LENSES**

Suddenly... Everything is Clear





### FDA Approved Generic Equivalent Contact Lenses

These contact lenses have been approved by the FDA to be Substantially equivalent to the leading brands such as Acuvue® from Johnson & Johnson and Biomedics® from CooperVision.


What are Generics?

FREE TRIAL



SIGN UP TODAY !

OUR PRODUCTS



clear 58°
(COMPARE TO ACUVUE® 2)

clear 55A°
(METHAFILCON A)

clear all-day™
(HIOXIFILCON A)

clear all-dayT™
(HIOXIFILCON A)

FAQS

How do the lenses compare to the Brand name ones?

Where can I buy these contact lenses?

How can I Try a pair for Free?

Read all FAQs

© 2008 Ocular Insight, Inc. |  Sitemap  |  Privacy  |  Legal  |  Site Credits

Welcome    **What are Generics?**    About Us    Contact Lenses    Free Trial    FAQs    Contact Us    **ORDER LENSES**

## What are Generics?

GENERIC EQUIVALENT CLAIM: the USAN name of a contact lens material is the basis point for determining what the lens is comprised of from a chemistry perspective. The Clear 58® product is an exact duplicate (etafilcon A). Further to the chemistry of the lens, it is the exact same formulation, meaning that the repeating monomer units are the same which yield the same dK value (within ANSI specification). If any portion of the formulation was even the slightest difference, the USAN council would not allow the contact lens to be classified as the (etafilcon A) material. Furthermore, the manufacturing processes are an exact equivalent, meaning a cast molded contact lens.

### FDA PERSPECTIVE

From an FDA 510(k) perspective, we can clearly demonstrate that the two products are not only equivalent and comparable, but that they are an exact duplicate. The Acuvue®2 lens was the predicate device in this submission.

**- Marty Dalsing, FDA counsel opinion letter**



FREE TRIAL

SIGN UP TODAY !

FAQS

How do the lenses compare to the Brand name ones?

Where can I buy these contact lenses?

How can I Try a pair for Free?

Read all FAQs

© 2008 Ocular Insight, Inc. | Sitemap | Privacy | Legal | Site Credits

Welcome      What are Generics?      **About Us**      Contact Lenses      Free Trial      FAQs      Contact Us      **ORDER LENSES**

## About Us

We are the first company to bring you "Generic Equivalent" contact lenses that are FDA approved and available right now. Ocular Insight has partnered with Clear Lab to bring Generic Equivalent contacts lenses to the United States. The products are equivalent to leading brands such as Acuvue® (Johnson & Johnson) Biomedics® (CooperVision) and Softlens® (Bausch and Lomb).

Ocular Insight wants to educate you on how Generic contact lenses work. Our lenses are made of the Same Material, have the same base cuver, diameter and are manufactured in the same method as the expensive Brand name contact lenses. All our lenses have FDA 510k approval which is a fancy way of saying that we have permission to sell the lenses in the United States.

Ocular Insight is committed to bringing less expensive generic alternatives to the United States market while never compromising safety, comfort and convenience.



© 2008 Ocular Insight, Inc. |  Sitemap  |  Privacy  |  Legal  |  Site Credits

# EXHIBIT C

# clear58 ®
*fda approved etafilcon A lenses*







The generic equivalent contact lens

-10.00 +6.00

+ *Optimum Movement, Comfort and Handling*
+ *Positive Wearer Preference*

clear58® has been designed to bring the benefit of Ocular Insight's innovative **Tru***form*® edge to wearers of the world's most popular lens material - etafilcon A.

Wearer benefits of the **Tru***form*® edge include optimum movement, comfort and handling. The thin design of the **clear**58® also provides positive benefits in ocular health.

## ENHANCING PERFORMANCE THROUGH INNOVATIVE LENS DESIGN

clear58® has been extensively tested in a range of studies on a two week frequent replacement basis. The advantages of the **Tru***form*® thin edge have been evaluated in a three month study conducted in Australia and the UK.



*Data on file, clinical dispensing study, 62 subjects

### Tru*form*® Edge Design
- Results in smoother and thinner geometry
- Optimum movement with superior comfort
- Higher acceptance rate from wearers

### Positive Wearer Preference
- Switching wearers to **clear**58® yeilds high patient satisfaction
- Clinical data showed equivalence to other market leading etafilcon lenses in terms of vision, handling, fit and comfort

Clinical preference: more than 60% of wearers found **clear**58® lenses to be equal to or better than ACUVUE®2 lenses over time.

| SPECIFICATIONS - clear58® | |
|---|---|
| Material | 42% etafilcon A, 58% water |
| Base Curve (Minus) Diameter (Minus) | 8.70 mm (flat)   8.30 mm (steep) 14.0 mm   14.0 mm |
| Base Curve (Plus) Diameter (Plus) | 8.70 mm (flat) 14.5 mm |
| Handling Tint | Light Blue |
| UV Blocking | UVA + UVB |
| Power Range | -10.00 to +6.00 0.00 to -6.00 (0.25D steps) -6.50 to -10.00 (0.50D steps) +0.25 to +4.00 (0.25D steps) +4.50 to +6.00 (0.50D steps) |
| Oxygen Permeability Dk @ 35°C | 19.85 x 10⁻¹¹ (cm²/s)(mlO₂/ml.mm Hg) |
| Centre Thickness | 0.08 mm @ -3.00 D |
| Pack Size | 6 lenses |

*-3.00 D lens

The most significant advancement in sight since the contact lens



**ocular insight**
Suddenly... everything is clear®

phone: 877-ocular5 • fax: 877-ocular6 • email: info@ocularinsight.com • web: ocularinsight.com

Certain names, words, titles, phrases, logos, icons or graphics used or displayed in this brochure constitute the registered and unregistered trademarks of Ocular Insight Inc. and Ocular MG Pte Ltd. Except otherwise noted, all the trademarks indicated or referenced in this brochure are registered in the territory in the United States and Singapore and some are registered in other jurisdictions. Nothing on this brochure should be construed or granting, by implication or otherwise, any license or right to use, reproduce, copy or republish any of the trademarks displayed on this brochure for any forms, without the prior written consent from Ocular Insight Inc. and Ocular MG Pte Ltd. or its legal representatives.

# EXHIBIT D



## Marietta Vision
### SPECIALTY CONTACT LENSES

Home : Chromagen : Cosmetic Colors : Definition AC : Multifocal : Prosthetic : Theatrical : About Us : Contact Us



**About Us**



Marietta Vision is a unique contact lens company that offers a wide variety of high technology contact lenses exclusively to the private eye care professional.  Most eye care professionals have not heard of Marietta Vision. Actually, this is intentional. Marietta Vision does not want to be "on the radar" of companies like 1-800 Contacts, Wal-Mart, and Costco. To them Marietta Vision is invisible.

Marietta Vision is not just about exclusivity. We are about superior contact lens designs and technology with exclusivity. This includes weekly and monthly HD (High Definition Optics) disposable contact lenses including toric designs. The following is a sampling of some lenses Marietta Vision offers:

Clear Lab:

A few years ago, 1-800 Contacts built a multi-million dollar contact lens manufacturing facility with the best German molding technology in Singapore. Their primary objective was to produce was an improved version of the Acuvue 2 (still a 120 million dollar per year lens in the U.S. and the #1 disposable contact lens sold).



This frightened and upset Vistakon so much that Vistakon offered to sell to 1-800 Contacts Acuvue 2 direct if the Singapore "Acuvue 2" product was not brought to the U.S. market. 1-800 and Vistakon agreed and the rest is history. Acuvue started selling directly to internet sellers. In that moment – the contact lens market changed.

What happened to ClearLab? They were sold by 1-800 to an Asian partner of Marietta Vision's and Marietta Vision obtained U.S. distribution rights for the products.

Clear Lab Products -

Clear 58 –
An exact copy of the Acuvue 2 (Etafilcon A) but with a better edge profile. We challenge you to try the "Pepsi challenge" with any Acuvue 2 wearer (patient or staff member).The Clear Lab lens will win every time. Americans buy $120 million in Acuvue 2 replacements every year. You can grab a share of this market and be more 60% more profitable at the same time. Offer Acuvue 2 wearers the Clear Lab Etafilcon A alternative. The only difference? A better edge profile, better surface wetting (due to an improved molding process) and better comfort. "How much more will these cost?" your patient will ask. "Oh, this new technology is the same price!" you can answer.

Clear All-Day --

Made from the exceptional Hioxifilcon lens material. This material is excellent for dry eyes and is truly biocompatible. A biocompatible material is very "compatible" with natural cell tissue and is not rejected by the body. Redness and irritation of the eyes are a form of "rejection" of the contact lens material Similar materials are used for heart valves or other artificial materials that are in contact with the body for long periods of time. The Clear All Day features exclusive High Definition aberration control optics. Expect sharper distance vision for all patients over +/-3.00 and improved reading with emerging presbyopes.

Comparable contact lenses to the Clear All-Day are the Extreme H2O and Proclear Lenses, but the Clear All-Day cost much less.

Clear All-Day Toric –

The same lens but in a toric design. This lens also features High Definition Optics and dynamic stabilization instead of prism ballasting for maximum comfort.

Clear 55A –

A High Definition version of the Methafilcon A workhorse contact lens that is still widely used today. Compare this lens to Biomedics 55, Cooper's Frequency 55, Ciba Focus and many others. The biggest difference between the Clear 58 and the others is the crisp High Definition Optics.

Silicone Hydrogel –

Marietta Vision does not have a silicone hydrogel and has no plans of obtaining one. The amount of oxygen delivered by a silicone hydrogel is only needed for extended wear. All of the hype about myopia creep and other clinical issues with lower O2 lenses is now proven to be false. Silicone hydrogel contact lenses will maintain market share, but the big rush to the "miracle lens "is over.
Your practice and the economy -

Times are tough right now; there is no denying that fact. It is the belief of Marietta Vision that offering fairly priced high performing contact lenses will help protect your practice. We also believe that fitting expensive "over sold" silicone hydrogel

contact lenses will drive your patients to Costco and the internet in an attempt to save money. Costco is now the fastest growing optical retailer in the U.S.

Never before have disposable contact lenses been so expensive. Factor in a weak economy and a natural evolution takes place – aggressive price shopping like we have never seen before.

Marietta Vision can help your practice. We are not just lens sellers – we are lens fitters. Our private contact lens practice has been in North Atlanta over the 15 years.  We research and evaluate everything we sell.

Go to www.mariettavision.com to see more about the unique contact lenses that are available from Marietta Vision. From custom tinting, prosthetic contact lenses to soft lenses for Keratoconus, we can add may tools to your contact lens practice.

To inquire about our products or to open an account, contact us at (866) 300-6257.

**Main Office / Distribution Center**
393 Sessions Street, Suite 200
Marietta, GA 30060
(866) 300-6257 toll-free phone
(678) 797-1076 fax

**Clinic**
397 Sessions Street
Marietta, GA 30060
(770) 792-0208



HOME    ABOUT US    CONTACT US

# EXHIBIT E




HOME    SITE MAP    CONTACTS

 HOME  COSMETICS | THEATRICALS | SPARKLE  CUSTOMS 

FDA now considers all contact lenses, including plano, a medical device and can only be sold with the involvement of an Eye Care Professional. All "sellers" of contact lenses must be an Eye Care Professional or work in conjunction with an Eye Care Professional. All prescriptions must be verified. "Sellers " of contact lenses are required to follow all federal and state laws that apply to "Contact Lens Sales"

◻ WELCOME TO VISION SCIENCE STUDIOS

**VSS offers unique products with unlimited opportunities for our customers. Now featuring Theatrical contact lenses, Cosmetic Color contact lenses, Specialty Theatrical contact lenses, and a line of beautiful contact lens travel case compacts.**



First FDA-approved generic equivalent to replace Acuvue 2



Listed in the color boxes below is important information to assist our Eye Care Professionals selling our unique products. This information will be updated regularly.

EYE CARE PROFESSIONAL LENS REFERENCE INFORMATION

ON-LINE ORDERING FOR ESTABLISHED CUSTOMERS



50 Designs

ON-LINE ORDERING FOR ESTABLISHED CUSTOMERS



139 Designs

Custom Made Lens process takes **2 weeks to complete** and then shipped immediately

Know the Market

THEATRICAL LENSES MARKET RESEARCH INFORMATION





25 Designs



50 Designs

**"Generate Incremental Sales"** **"Anime: 500 Million Dollar Market"**

"Anime" - The Untapped Market

ANIME LENSES MARKET RESEARCH INFORMATION

accessories



Contact Lens Starter



Travel Kit

**"Required With Each Contact Lens Purchase"** **"Also Generates Incremental Profit"**

POINT OF PURCHASE MATERIAL FOR OUR VALUED CUSTOMERS

**All prices are wholesale for professional retailers only.**

Home    News    Products    Wear & Care

Copyright 2008 Vision Science Studios, All Rights Reserved
Website Designed and Maintained by BizzboyWebDesigns.Com



# EXHIBIT F

# VisionMonday

**The Home Page for Optical Industry News**

## VM Special Report: New Technology, Materials, and Patient Interest Spur Growth

June 16, 2008 3:33 AM



**By Marge Axelrad**
*Editorial Director*

NEW YORK--One of the brightest segments of today's eyewear market, contact lens sales, outpaced the total industry's retail sales gains last year by growing at some 3 percent to 4 percent overall, according to Jobson/The Vision Council's VisionWatch data for the 12 months ending December 2007.

And, they are at least keeping pace with that rate of performance this year, too, the experts in the category tell **Vision Monday**, despite the current economic climate.

Sales are being led by the very positive reception to silicone hydrogel (sihy) materials, many of which are now being introduced in second and third phases. Sihy's now dominate and comprise an estimated 60 percent the market, observers reported.

Also running high are the predictions for both torics, to serve the astigmatic population, employing the new materials and modalities, and multifocals, addressing either first-time presbyopes who have never worn glasses and don't want to, or long-term contact lens wearers who want to stay in them.

Optimistic, too, are executives about the daily disposable modality. This is being spurred on by the highest patient compliance percentages in the market after a year when some concerns about contact lens solutions' safety and usage prompted consumers and ECPs to reconsider the category or at least take a first real look at it.



In addition, there is a rise in the number of eyeglass wearers who are starting to like the idea of occasional or part-time contact lens wear. As a result, daily disposables are projected to experience another year, following 2007, of healthy high double-digit gains.

CooperVision's Avaira's new two-week sihy lens features Aquaform Technology.

Jeff Rems, president of Optical Distributors Group (ODG), noted, "The economy is not the greatest. But to a certain extent, it's a resistant industry to economic downturns. And in reality, the growth in contact lenses are coming from new products, a range of options with ever-improving comfort to patients. Doctors, too, are more confident about the new lenses and are recognizing that monthly and annual dispensing keeps patients compliant and in their practices." Rems said, "We've been working on helping ECPs understand and execute auto-replenishment, too, which helps their cash flow and builds connections and convenience for patients at very competitive costs."

Rems pointed out that while the industry, in his estimation, grew in "high single digits" last year, the distribution channel was up in double digits while ODG's business growth exceeded that. "We've structured a good level of services and other programs to help ECPS better manage their business, we can help on the back end and contribute to their bottom line."

Angel Alvarez, president of ABB/Con-cise agreed. "Contact lens distributors have become the major source of soft lenses for independent ECPs, in 2007 purchasing two thirds of their requirements through this channel. Eighty-five percent of independents

rely on distributors for some portion of their soft lens requirements."



Acuvue Oasys for Astigmatism is scheduled to be launched this month by Johnson and Johnson.

Alvarez pointed out, "At the same time, the number of annual purchase transactions per patient has doubled, as the result of disposable lenses. Managing transaction costs has become a more significant issue for ECPs. ABB/Con-cise analyses show that administrative costs of fulfilling contact lens orders can consume as much as 35 percent of gross profit. Our strategy is to educate ECPs about best management practices to reduce administrative costs."

Contact lens company leaders concur that ECPs are recognizing gains to their practice health and the ability to build patient loyalty through their contact lens fitting, recommendations and sales. Overall, they support a sunny outlook for the category this year.

Francesco Balestrieri, president of North America for CIBA Vision, said, "The U.S. market is extremely attractive; it's the largest population-wise but also in terms of contact lens penetration. We see the U.S. market growing very quickly--it's the fastest growing of all the developed markets, taking into account its estimated 6 percent growth in 2007, compared to 5 percent in Japan and a relatively flat market in Europe.

"Our outlook," Balestrieri continued, "for 2008 is another 5 percent to 6 percent growth overall; the first quarter was below that pace, but we see the market accelerating as new technology is introduced this year; it's only a temporary slowdown."

Contact lenses, he said, have a higher consumer wearer base in the U.S. "There's a 13 percent penetration among the total population and that's the equivalent of 25 percent of those who need vision correction wearing contact lenses some or all of the time. Even with that, there are still big opportunities for growth," Balestrieri said.

"The ECP in the U.S. and patients themselves are always part of a dynamic market, they are looking for better comfort and eye health; they are receptive to new technologies, he observed. "We've noticed that in the past year or so the daily disposable category has taken off, growing double digits. Three years ago, dailies were less than 7 percent of the total; today the market is passing 10 percent--it's still small but we still see higher, robust growth in this arena for this year.

Patient satisfaction is the highest with dailies, there is good loyalty and more messages about dailies are being passed on. It's still a mixed landscape with some ECPs really committed to fitting dailies and others still considering embracing the category." CIBA plans to launch its new daily product in July, under the Focus Dailies brand, Focus Dailies Aqua Comfort Plus.



Bausch & Lomb targets Boomers with its broadcast ads for MultiFocals.

Sihy, too, Balestrieri pointed out, continues to grow as the market's switch from hema to sihy materials progresses. "ECPs are actively increasing their choices of the product, new torics and multifocals in the categories help."



Ocular Insight's Clear 58 is a generic lens.

James Gardner, director of marketing, CooperVision concurred that the market grew at a solid rate last year and that "Cooper grew faster than the market." He added, "2007 was an interesting year for a few reasons. Sihy lenses continued to dominate fitting, in spherical lenses in particular, but the outlook for silicone torics continue to look strong. We also saw daily disposables really take off. The issue of solution recalls, solution efficacy and compliance contributed to doctors really taking a new look at dailies."

Echoing the estimates of other execs, Gardner said dailies grew by some 25 percent last year and it predicts that the category will be strong again in '08. "Daily disposables still rank low in percentage of overall fits, but I think ECPs also see them as an opportunity for practice profitability. At Cooper, our three priority goals are health and safety, compliance and business/practice profitability--dailies meet all of those [criteria]."

Gardner also said CooperVision sees more fits going to monthly, versus two-week regimens. "CooperVision virtually created the monthly market in the U.S. with the products we launched in the mid-'90s and we know compliance is higher. Last year the biggest monthly lens launched was Biofinity, it was a much-anticipated Sihy lens launched and it's rocketed because it's delivered what doctors were looking for."



SynergEyes recently launched the Multifocal Hybrid.

Torics, too, Gardner pointed out, continue to be a major priority and market position for CooperVision in the U.S. "Today's torics aren't really 'specialty' lenses anymore, that's an old term. They perform well, they're predictable in terms of how they fit; doctors are more comfortable with them and so the category is taking off." Multifocals, too, he noted, "especially with our broad portfolio" are growing very well; it's one of the best sectors of the market for us. A lot of Baby Boomers, long-time contact lens wearers or first-time presbyopes, are coming

into the category."

Cooper's Avaira, its new two-week Sihy lens with Aquaform Technology has just launched, just nine months after Biofinity, Gardner said.

At Bausch & Lomb, the optimistic forecasts continue. Noted Linda Fawcett, vice president, marketing, "Multifocals are a huge focus for us as a company, to make sure that there's an awareness of the category, to make emerging presbyopes aware of it. We've initiated a lot of communications to this group and dialed up our advertising."

Torics will receive continued focus as will the daily category. Fawcett said, "Pure Vision Toric and Multifocal are a big priority for us. And we are now getting ready to launch Softlens 1-Day Daily Disposable, it's a next level of fine-tuning and we're very optimistic about it."

"At Vistakon, a division of Johnson & Johnson, Naomi Kelman, president, told VM, "The last few years for contact lenses have been very strong, '07 was no exception and in '08 we anticipate really good growth.



CIBA Vision is launching Air Optix for Astigmatism.

Part of this is the fundamental nature of contact lenses--people need vision correction and there's an annuity/renewal factor with contact lenses." She added, "We continue to have terrific success. Acuvue Oasys is the fastest-growing disposable brand in the spherical segment and Acuvue Advance for Astigmatism continues to grow at double digit rates for us. Acuvue Oasys for Astigmatism is to be launched this month while Acuvue 1-Day Moist product has strong health and comfort advantages for patients."

Kelman continued, "We don't define ourselves by 'modalities'--that's an old-fashioned approach. Our focus has been about the critical benefits the end consumers and doctors are looking for. We see four major trends: people who want to wear contact lenses part time. We have a recent survey that shows that one out of 10 contact lens wearers wear both spectacles and contact lenses. And these patients come back for care more often."



CooperVision's business with the ProClear Multifocal has grown.

She continued, "We also see a major trend in the two-week segment and fitting kids at younger ages. We have a recently published study that shows that fitting children as young as eight years old is really viable, they are as capable of wearing the product as teens and doctors are more comfortable fitting children, too.

"There's another major trend we see that has to do with vision related to performance. How important your eyes are to achieve things in your life--the lifestyle out of the chair can be even more important than the fitting experience when the patient is sitting in the exam room.

"And, finally," Kelman noted, "There's the reflection of technology happening in our lives. Everyone's texting or checking cell phones or working with computers, which leads to eyestrain, dryness. This has led people to seek out lenses that are comfortable but do well in challenging environments. Acuvue Oasys is designed specifically to address that [issue]."

A new entrant into the U.S. contact lens market this year is Ocular Insight, Inc. With the U.S. distribution of contact lenses made by ClearLab, the company debuted its lenses in April and is targeting ECPs and optical retailers with a "generic" contact lens that offers them the alternative, said Steve Weisfeld, OD, vice president of professional relations and John Raycraft, president and CEO of the company. "There are many options and lenses out there today; we feel there is room for the doctor to explain the alternative to the patient and present new choices."

Ocular Insight offers several "generic equivalent" contact lenses, ranging from the Clear 58, the Clear 55A, the Clear All-Day and the Clear All-Day T. The company is working on a daily disposable, Weisfeld noted.

Said Raycraft, "Our contact lenses are about the value. Doctors have been working with these materials for years and we are offering them huge price differentials; they will discuss the options and determine how to fit these into their practice portfolio." ■



Unilens C-VUE debuted its 1-Day Daily Disposable.



Search on This Topic  More Articles in this Category
Email Print Comments Reprint Subscribe