UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

JOHNSON & JOHNSON VISION CARE, INC.,        :    No. 08 CV 6755 (DC)

               Plaintiff,        :

    - against -        :
                                    :    Rule 7.1 Statement
OCULAR INSIGHT, INC.,        :

               Defendant.        :

------------------------------------------------------------ x

       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Johnson & Johnson Vision Care, Inc. hereby certifiy that the following are corporate parents or publicly held corporations that own 10% or more of plaintiffs' stock:

                        Johnson & Johnson

Dated:    New York, New York
               July 29, 2008

                                          Kramer Levin Naftalis & Frankel LLP

                                          By: _____
                                                Harold P. Weinberger
                                                Norman C. Simon

                                                1177 Avenue of the Americas
                                                New York, New York 10036
                                                (212) 715-9100
                                                hweinberger@kramerlevin.com
                                                nsimon@kramerlevin.com

                                                Attorneys for Johnson & Johnson Vision Care, Inc.

KL3 2669841.1