AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Johnson & Johnson Vision Care, Inc.
v.
Ocular Insight, Inc.

**APPEARANCE**

Case Number: 08cv6755(DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Johnson & Johnson Vision Care, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 29, 2008 | *signature* |
| Date | Signature |
| | Norman C. Simon — NS-1407 |
| | Print Name — Bar Number |
| | Kramer Levin Naftalis & Frankel LLP |
| | Address |
| | 1177 Avenue of the Americas |
| | City / State — Zip Code |
| | New York, New York — 10036 |
| | Phone Number — Fax Number |