EPS Judicial Process Service, Inc.
29-27 41ˢᵗ Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X

JOHNSON & JOHNSON VISION CARE, INC.,

              Index No. 08 CV 6755

      Plaintiff (s),      AFFIDAVIT OF SERVICE

   -against-

OCULAR INSIGHT, INC.,

        Defendant (s).
----------------------------------------------------------------------------X

STATE OF FLORIDA     )
               :s.s.:
COUNTY OF BROWARD   )

      TARON MORTON, being duly sworn, deposes and says:

      I am not a party to this action, am over the age of eighteen years of age,
and reside in the State of Florida.

    I am an agent for EPS Judicial Process Service, Inc. and received the Summons in
a Civil Case, Complaint, Civil Cover Sheet, Rule 7.1, Electronic Case Filing Rules &
Instructions, Individual Practices of Magistrate Judge Eaton and Individual Practices of
Judge Denny Chin for the above entitled-action to be served upon Ocular Insight, Inc.,
defendant herein named.

      On the 29ᵗʰ day of July, 2008, at approximately 5:10 p.m. at 6001 Broken
Sound Parkway, Boca Raton, Florida, I served true copies of the SUMMONS IN A
CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, RULE 7.1, ELECTRONIC
CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF
MAGISTRATE JUDGE EATON and INDIVIDUAL PRACTICES OF JUDGE DENNY
CHIN, in the above entitled-action, upon OCULAR INSIGHT, INC., defendant herein
named, by personally delivering to and leaving thereat, true copies of the above

mentioned documents with Neil Glachman.  At time of service, Mr. Glachman identified himself as the President and Partner for Ocular Insight, Inc. and as a person authorized to accept service of process for Ocular Insight, Inc.

Mr. Glachman is a Caucasian male, approximately 50 years of age, 5'5" tall, 155 lbs with dark hair and dark eyes.

Sworn to before me this,
31st day of July, 2008

NOTARY PUBLIC

TARON MORTON

NOTARY PUBLIC-STATE OF FLORIDA
Harvey Joel Finkel
Commission #DD766421
Expires:  APR. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.